COOLEY LLP
WILLIAM K. PAO (252637)
JONATHAN B. WAXMAN (294851)
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
wpao@cooley.com
jwaxman@cooley.com

BRETT DE JARNETTE (292919)
AMIE L. SIMMONS (336356)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
bdejarnette@cooley.com
asimmons@cooley.com

*Attorneys for Defendant*
ACTIVEHOURS, INC. dba EARNIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FELIX RAMIREZ, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVEHOURS, INC. d/b/a EARNIN; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-03625-PCP<br><br>**MOTION TO SUBSTITUTE LAW FIRM; [PROPOSED] ORDER**<br><br>Dept: Courtroom 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

On behalf of the Defendant, Activehours, Inc. d/b/a EarnIn, the following attorneys:

1. Move to substitute as counsel of record,
2. certify they are members in good standing of this Court's bar,
3. attest to the consent of current counsel to be withdrawn, and
4. attest to the consent of the party represented.

Names of new counsel seeking to appear and firm name:

>WILLIAM K. PAO (252637)
>Cooley LLP
>Wells Fargo Center, South Tower
>355 South Grand Avenue, Suite 900
>Los Angeles, CA 90071
>Telephone: (213) 561-3250
>wpao@cooley.com

>BRETT DE JARNETTE (292919)
>Cooley LLP
>3175 Hanover Street
>Palo Alto, CA 94304-1130
>Telephone: (650) 843-5000
>bdejarnette@cooley.com

>JONATHAN B. WAXMAN (294851)
>Cooley LLP
>Wells Fargo Center, South Tower
>355 South Grand Avenue, Suite 900
>Los Angeles, CA 90071
>Telephone: (213) 561-3250
>jwaxman@cooley.com

>AMIE L. SIMMONS (336356)
>Cooley LLP
>3175 Hanover Street
>Palo Alto, CA 94304-1130
>Telephone: (650) 843-5000
>asimmons@cooley.com

Names of counsel withdrawing from representation and firm name:

>JAMES M. PEARL (198481)
>Paul Hastings LLP
>1999 Avenue of the Stars, 27th Floor
>Los Angeles, CA 90067
>Telephone: (310) 620-5700
>jamespearl@paulhastings.com

RACHEL E. STONE (358485)
Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
rachelstone@paulhastings.com

DEREK E. WETMORE (291600)
Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
derekwetmore@paulhastings.com

Dated: June 11, 2025                    COOLEY LLP

                                        By:  /s/ Brett H. De Jarnette
                                             Brett H. De Jarnette

                                        Attorneys for Defendant
                                        ACTIVEHOURS, INC.

### [PROPOSED] ORDER

The substitution of attorneys and firm is hereby approved and so ORDERED.

DATE: June 17, 2025

HONORABLE P. CASEY PITTS
United States District Judge