1 UNITED STATES DISTRICT COURT
2 NORTHERN DISTRICT OF CALIFORNIA

4 FELIX RAMIREZ,

Plaintiff(s),

v.

ACTIVEHOURS, INC. d/b/a E,

Defendant(s).

Case No. 5:25-cv-03625

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jacob Phillips, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Felix Ramirez in the above-entitled action. My local co-counsel in this case is Elliot Jason Conn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 279920.

2277 Lee Road, Ste B, Winter Park, FL 32789
MY ADDRESS OF RECORD

321-447-6461
MY TELEPHONE # OF RECORD

jacob@jacobsonphillips.com
MY EMAIL ADDRESS OF RECORD

100 Bush Street, Suite 1580
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-417-2780
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

elliot@connlawpc.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0120130.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/30/2025                                    Jacob Phillips
                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacob Phillips is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 3, 2025

                                    _____
                                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE