| | |
|---|---|
| 1 | **CARNEY BATES & PULLIAM, PLLC** |
| 2 | Randall K. Pulliam (*pro hac vice*)<br>rpulliam@cbplaw.com |
| 3 | Lee Lowther (*pro hac vice*)<br>llowther@cbplaw.com |
| 4 | One Allied Drive, Suite 1400<br>Little Rock, AR 72202 |
| 5 | Telephone: (501) 312-8500<br>Facsimile: (501) 312-8505 |
| 6 | **JACOBSON PHILLIPS, PLLC** |
| 7 | Joshua R. Jacobson (*pro hac vice*)<br>joshua@jacobsonphillips.com |
| 8 | Jacob Phillips (*pro hac vice*)<br>jacob@jacobsonphillips.com |
| 9 | 2277 Lee Road, Suite B<br>Winter Park, FL 32789 |
| 10 | Telephone: (321) 447-6461 |
| 11 | **CONN LAW, PC**<br>Elliot Conn, California Bar No. 279920 |
| 12 | elliot@connlawpc.com<br>100 Bush Street, Suite 1580 |
| 13 | San Francisco, CA 94104<br>Telephone: (415) 417-2780 |
| 14 | Facsimile: (415) 358-4941 |
| 15 | *Attorneys for Plaintiffs Felix Ramirez,*<br>*Michael Collins, and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELIX RAMIREZ, and MICHAEL COLLINS, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVEHOURS, INC. dba EARNIN<br><br>Defendant. | Case No.: 5:25-cv-03625-PCP<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF FELIX RAMIREZ**<br><br>Dept:     Courtroom 8, 4th Floor<br>Judge:   Hon. P. Casey Pitts<br>Trial Date: None set<br>Date Action Removed: April 24, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Felix Ramirez hereby dismisses his claims in this action against Defendant Activehours, Inc. dba EarnIn without prejudice. The remaining named plaintiff, Michael Collins, will continue to participate in the litigation.

Dated: February 17, 2026     Respectfully submitted,

/s/ Lee Lowther
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**JACOBSON PHILLIPS, PLLC**
Joshua R. Jacobson (*pro hac vice*)
joshua@jacobsonphillips.com
Jacob Phillips (*pro hac vice*)
jacob@jacobsonphillips.com
2277 Lee Rd., Ste. B
Winter Park, FL 32789
Telephone: (321) 447-6461

**CONN LAW, PC**
Elliot Conn, California Bar No. 279920
elliot@connlawpc.com
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941

*Attorneys for Plaintiff MICHAEL COLLINS and the Proposed Classes*